UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JESSICA DEBOER,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Civil No. 2:21-CV-00261-MAT<br><br><br>ORDER |

Upon consideration of the parties' stipulated motion to remand, the Court orders that this case is remanded to the Commissioner of Social Security for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will direct that a different Administrative Law Judge be assigned the case and obtain psychological or psychiatric expert evidence; further consider the severity of the claimant's impairments; reconsider the claimant's residual functional capacity; if warranted, obtain vocational expert evidence; offer the claimant an opportunity for a new hearing; and issue a new decision.

DATED this 9th day of September, 2021.

MARY ALICE THEILER
United States Magistrate Judge

Page 1        ORDER - [2:21-CV-00261-MAT]

Presented by:

s/ Joseph J. Langkamer
JOSEPH J. LANGKAMER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2212
Fax:  (206) 615-2531
joseph.langkamer@ssa.gov